**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 25-6497**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

GENA C. RANDOLPH,

Defendant - Appellant.

Appeal from the United States District Court for the District of South Carolina, at Charleston.  Richard Mark Gergel, District Judge.  (2:17-cr-00302-RMG-1)

Submitted:  August 19, 2025                          Decided:  September 4, 2025

Before WILKINSON, WYNN, and HEYTENS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Gena C. Randolph, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Gena C. Randolph appeals the district court's order denying her motion to reduce her monthly restitution payment. We have reviewed the record and find no reversible error. Accordingly, we deny Randolph's motion to appoint counsel and affirm the district court's order. *United States v. Randolph*, No. 2:17-cr-00302-RMG-1 (D.S.C. Apr. 29, 2025). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*